■ L. D. BAGEL, LTD., Respondent, v HOME INSURANCE CO. et al., Appellants.—In an action to recover under two fire insurance policies, defendants appeal from an order of the Supreme Court, Kings County, dated April 12, 1979, which denied their motion to vacate the summons and dismiss the complaint and deemed the complaint to have been properly served. Order reversed, on the law, with $50 costs and disbursements, and defendants' motion granted, unless, within 30 days after service upon plaintiff of a copy of the order to be made hereon, together with notice of entry thereof, plaintiff shall complete and execute the transcript in question. In the event that plaintiff complies, then order affirmed, without costs or disbursements (see *Pogo Holding Corp. v New York Prop. Ins. Underwriting Assn.,* 73 AD2d 605). Hopkins, J. P., Mangano, O'Connor and Weinstein, JJ., concur.

■ JEANETTE MCLAUGHLIN, Respondent, v MOBIL OIL CORPORATION et al., Defendants and Third-Party Plaintiffs-Appellants. MICHAEL MCLAUGHLIN, Third-Party Defendant-Respondent.—In a negligence action to recover damages for personal injuries, defendants third-party plaintiffs appeal from a judgment of the Supreme Court, Orange County, dated September 19, 1979, which, after a jury trial, (1) awarded plaintiff damages against them in the principal sum of $105,000, and (2) determined that defendants were entitled to recover only 50% thereof from the third-party defendant. Judgment affirmed, with one bill of costs payable jointly to respondents. No opinion. Mollen, P. J., Titone and Mangano, JJ., concur.

Hopkins and Cohalan, JJ., dissent and vote to reverse the judgment and grant a new trial, limited to the issue of damages only, unless plaintiff stipulates in writing to reduce the verdict in her favor to $65,000, with the following memorandum: In our opinion, the verdict as to damages was excessive to the extent indicated.